Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
MAEROUJAN GRIGORIAN on behalf of himself
and others similarly situated.

FILED
CLERK, U.S. DISTRICT COURT
06/02/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 20
case closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAEROUJAN GRIGORIAN on behalf of himself and others similarly situated. <br><br> PLAINTIFF, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 to 100, Inclusive. <br><br> DEFENDANTS. | Case No.: 2:20-CV-05720-PSG-SK <br><br> **[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** <br><br> Judge: Hon. Philip S. Gutierrez |

[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE

**[PROPOSED] ORDER**

Plaintiff has filed a Request for Dismissal of the Entire Action With Prejudice informing the Court that the Parties executed a long-form settlement agreement, which resolved Plaintiff's class action claims asserted in this action along with class and PAGA claims asserted in several other actions, and that the Los Angeles Superior Court approved the settlement and entered judgment in the first-filed case of Navarro v. United Parcel Service, Inc., Los Angeles Superior Court Case No. BC592098, which was amended prior to approval of the settlement to include the Plaintiff and class action claims asserted in this action.

Accordingly, this case is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: 06/02/22

_____
United States District Judge